# United States District Court

_____ DISTRICT OF _____

LA-RESA BLAS,
    Plaintiff,
V.

IMPERIAL SUITES, INC.
d/b/a IMPERIAL SUITES HOTEL
and BONG ROBATO,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-00027**



FILED
DISTRICT COURT OF GUAM
AUG - 5 2003
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

BONG ROBATO

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Gavras, Esq.
Law Offices of Gorman & Gavras
208 Route 4
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

DATE **JUL 25 2003**

CLERK

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | August 4, 2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SEGUNDO DE GUZMAN | Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Oceanic Lumber, Tamuning, Guam

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/4/03
Date

Signature of Server

2nd Floor, J & R Building
208 Route 4, Hagatna, Guam 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.