# United States District Court

**DISTRICT OF** Guam

LA-RESA BLAS,
    Plaintiff,

v.

IMPERIAL SUITES, INC.
d/b/a IMPERIAL SUITES HOTEL
and BONG ROBATO,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-00027

*FILED — DISTRICT COURT OF GUAM — AUG -5 2003 — MARY L. M. MORAN, CLERK OF COURT* — 3

**TO:** (Name and address of defendant)

    IMPERIAL SUITES, INC. d/b/a IMPERIAL SUITES HOTEL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    William L. Gavras, Esq.
    Law Offices of Gorman & Gavras
    208 Route 4
    Hagatna, Guam 96910

*[signature] Aug. 4, 03 3:30 PM*

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

**CLERK**

*[signature]*

(BY) DEPUTY CLERK

DATE: JUL 25 2003

**ORIGINAL**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | August 4, 2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SEGUNDO DE GUZMAN | Process Server |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: Oceanic Lumber, Tamuning, Guam

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/4/03
                Date

Signature of Server

Address of Server
2nd Floor, J & R Building
208 Route 4, Hagatna, Guam 96910

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.