LAW OFFICES
CUNLIFFE & COOK
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: Defendant *Bong Robato*

FILED
DISTRICT COURT OF GUAM
SEP 29 2003
MARY L. M. MORAN
CLERK OF COURT

7

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. CV03-00027 |
| Plaintiff, | |
| vs. | **WITHDRAWAL OF MOTION TO STRIKE** |
| IMPERIAL SUITES, INC. d/b/a imperial Suites Hotel and BONG ROBATO, | |
| Defendants. | |

**COMES NOW,** Defendant BONG ROBATO, through counsel, Cunliffe & Cook, A Professional Corporation, by F. Randall Cunliffe, Esq., and hereby withdraws its Notice of Motion and Motion to Strike filed September 5, 2003, in the above-entitled court as counsel herein concurs with the Opposition filed by Plaintiff and apologizes to the court and Plaintiff's counsel for the oversight.

Dated this 26 day of September, 2003.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By _____
F. RANDALL CUNLIFFE, ESQ.

ORIGINAL