LAW OFFICES
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

FILED
DISTRICT COURT OF GUAM
OCT 07 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for: Defendant *Bong Robato*

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| LA-RESA BLAS, | ) | CIVIL CASE NO. CV03-00027 |
| Plaintiff, | ) | |
| vs. | ) | **AGREEMENT OF** |
| IMPERIAL SUITES, INC. | ) | **HEARING DATE** |
| d/b/a imperial Suites Hotel | ) | |
| and BONG ROBATO, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

**(1)** I, **F. Randall Cunliffe**, am the attorney for Defendants in this matter. I contacted the attorney for Plaintiff in this action to agree upon a date for oral argument of my Motion to Dismiss For Failure to State A Claim Upon Which Relief Can Be Granted Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**(2)** The attorney for Plaintiff is William L. Gavras, Esq. of the law firm of Gorman & Gavras.

**(3)** We agreed upon the following date: **October 24, 2003, at 10:00 a.m.**

**(4)** I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

DATED: October 7, 2003

By _/s/ F. Randall Cunliffe_
F. RANDALL CUNLIFFE, ESQ.

ORIGINAL

## CERTIFICATE OF SERVICE

I, **F. RANDALL CUNLIFFE**, do hereby certify that on the 7th day of October, 2003, I caused to have a copy of the *Agreement of Hearing Date* to be served upon Plaintiff herein, by delivering and leaving a copy of same at the offices of her attorneys of record, as follows:

> William L. Gavras, Esq.
> **GORMAN & GAVRAS**
> A Professional Corporation
> Second Floor, J & R Building
> 208 Route 4
> Hagåtña, Guam 96910

Dated this 7 day of October, 2003.

> **CUNLIFFE & COOK**
> A Professional Corporation
> Attorneys for Defendant
> *Bong Robato*

By _____
F. RANDALL CUNLIFFE, ESQ.