# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM


FILED
DISTRICT COURT OF GUAM
OCT 16 2003
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| LA-RESA BLAS, <br><br> Plaintiff, <br><br> vs. <br><br> IMPERIAL SUITES, INC. et. al., <br><br> Defendants. | Civil Case No. 03-00027 <br><br> ORDER |

This case is scheduled to come before the Court on October 24, 2003, for a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. However, due to the scheduling needs of the Court, this motion will need to be rescheduled. Accordingly, it shall be rescheduled to November 7, 2003 at 10:30 a.m.

IT IS SO ORDERED this 16th day of October, 2003.

JOHN S. UNPINGCO
District Judge