William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff**
**LA-RESA BLAS**

FILED
DISTRICT COURT OF GUAM
NOV 05 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. 03-00027 |
| Plaintiff, | ~~AMENDED~~ KRW SCHEDULING ORDER |
| vs. | |
| IMPERIAL SUITES, INC, d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | |
| Defendants. | |

### ~~AMENDED~~ KRW SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following ~~Amended~~ KRW Scheduling Order:

1. The nature of the case is as follows:

    Title VII Employment, Sexual Battery and/or Assault.

2. The posture of the case is as follows:

**ORIGINAL**

    a)    The following motions are on file (pending):

          One is pending.

    b)    The following motions have been resolved:

          Not applicable.

    c)    The following formal discovery has been initiated:

          None at the present time.

3. All Motions to add parties and claims shall be filed on or before:

April 16, 2004.

4. All Motions to amend pleadings shall be filed on or before:

April 16, 2004.

5. Status of Discovery:

The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. ~~The parties shall appear before the District Court on October 23, 2003 at 3:00 p.m. for the Scheduling Conference.~~ [initialed]

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: May, 21, 2004.

8.    a)    The anticipated discovery motions are:

          None at this time.

2

  b) All discovery motions shall be filed on or before April 16, 2004. These motions will be heard on or before May 7, 2004.

  c) All dispositive motions shall be filed on or before May 21, 2004 and heard on or before June 11, 2004.

9. The prospects for settlement are:

Unknown at this time.

10. The Preliminary Pretrial Conference shall be held on June 21, 2004 at 4:00 p.m. (no later than 21 days to trial date).

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before June 28, 2004 (no later than 14 days prior to Trial).

12. The Proposed Pretrial Order shall be filed on or before June 28, 2004 (no later than 14 days prior to Trial).

13. The Final Pretrial Conference shall be held on July 5, 2004 at 4:00 p.m. (no later than 7 days prior to Trial).

14. The Trial shall be held on July 12, 2004 at 9:30 a.m.

15. The Plaintiff seeks a jury trial.

16. It is anticipated that it will take two to three (2-3) days to try this case.

17. The names of counsel on this case are:

3

La-Resa Blas v. Imperial Suites, Inc, dba Imperial Suites Hotel and Bong Robato
CV 03-00027
Amended Scheduling Order
October 28, 2003

William L. Gavras, Esq. for Plaintiff La-Resa Blas

Thomas C. Sterling, Esq. for Imperial Suites, Inc. dba Imperial Suites Hotel

F. Randall Cunliffe, Esq. for Bong Robato

18. The Parties are amenable to submitting this case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

None at this time.

20. The following issues will affect the status or management of the case:

Unknown at this time

Dated: ~~October~~ November 4th 2003.

HONORABLE JOHN S. UNPINGCO
Chief District Judge



RECEIVED
OCT 31 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4

La-Resa Blas v. Imperial Suites, Inc, dba Imperial Suites Hotel and Bong Robato
CV 03-00027
Amended Scheduling Order
October 28, 2003

**APPROVED AS TO FORM AND CONTENT:**

Dated: October 28, 2003.                GORMAN & GAVRAS

                                        BY: _____
                                        WILLIAM L. GAVRAS, ESQ.
                                        Attorneys for Plaintiff
                                        LA-RESA BLAS

Dated: October 29, 2003                 LAW OFFICES OF CULIFFE & COOK, P.C.

                                        BY: _____
                                        F. RANDALL CUNLIFFE, ESQ.
                                        Attorneys for Defendant
                                        BONG ROBATO

Dated: October 29, 2003                 KLEMM, BLAIR, STERLING & JOHNSON

                                        BY: _____
                                        THOMAS C. STERLING, ESQ.
                                        Attorneys for Defendant
                                        IMPERIAL SUITES, INC, dba IMPERIAL
                                        SUITES HOTEL