William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
LA-RESA BLAS



FILED
DISTRICT COURT OF GUAM
NOV 05 2003
MARY L. M. MORAN
CLERK OF COURT

13

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. 03-00027 |
| Plaintiff, | AMENDED DISCOVERY PLAN |
| vs. | |
| IMPERIAL SUITES, INC, d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | |
| Defendants. | |

AMENDED DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rule 16.2, the parties agree to and hereby submit the following plan:

A. Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff date. Some of the parties may call expert witnesses in this case.

B. Unless additional discovery is ordered by the Court, the parties also may propound one set each of interrogatories (25 maximum) and requests for admissions (25 maximum). Requests for production may also be propounded. This discovery shall

**ORIGINAL**

LaResa Blas v. Imerpial Suites, Inc, dba Imperial Suites Hotel and Bong Robato
CV 03-00027
Amended Discovery Plan
October 28, 2003

be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.

  C. The parties, except as otherwise noted, agree to provide all prediscovery and preliminary discovery mandated by Local Rules and FRCP Rule 26 by December 19, 2003. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

  D. All parties will exchange names and reports (if any) of expert witnesses on or before January 23, 2004.

  E. The specific subjects on which discovery may be needed are:

  Facts supporting the nature of the claims and defenses.

  F. Other than the provisos set forth above in Item B, the parties do not anticipate requiring any other changes or limitations on discovery as imposed under the Federal and Local Rules.

  G. The Cutoff date for discovery is May 21, 2004.

APPROVED AS TO FORM AND CONTENT:

Dated: October 28, 2003.  GORMAN & GAVRAS

           BY: _____
           WILLIAM L. GAVRAS, ESQ.
           Attorneys for Plaintiff
           LA-RESA BLAS

**LaResa Blas v. Imerpial Suites, Inc, dba Imperial Suites Hotel and Bong Robato**
CV 03-00027
Amended Discovery Plan
October 28, 2003

Dated: October 29, 2003   LAW OFFICES OF CULIFFE & COOK, P.C.

BY: _____
F. RANDALL CUNLIFFE, ESQ.
Attorneys for Defendant
BONG ROBATO

Dated: October 29, 2003   KLEMM, BLAIR, STERLING & JOHNSON

BY: _____
THOMAS C. STERLING, ESQ.
Attorneys for Defendant
IMPERIAL SUITES, INC, dba IMPERIAL
SUITES HOTEL

RECEIVED
OCT 31 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM