William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
LA-RESA BLAS



IN THE UNITED STATES DISTRICT COURT
OF GUAM

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. 03-00027 |
| Plaintiff, | PLAINTIFF'S NON-OPPOSITION TO DEFENDANT BONG ROBATO'S MOTION TO DISMISS. STATE LAW CLAIMS SHOULD BE DISMISSED WITHOUT PREJUDICE |
| vs. | |
| IMPERIAL SUITES, INC, d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | |
| Defendants. | |

Comes Now Plaintiff and states that she has no opposition to Defendant BONG ROBATO's Motion To Dismiss For Failure To State A Claim Upon Which Relief Can be Granted Pursuant to 12(b)(6) of the Federal Rules of Civil Procedure. Defendant's memorandum and proposed Order clarifies that the dismissal should be towards Defendant Bong Robato only. Plaintiff does not oppose these federal claims being dismissed with prejudice. However, Plaintiff does not believe the supplemental "state" law claims (Count II) should be dismissed with prejudice. Patel v. City of San Bernardino, 310 F.3d 1138 n.6 (9th Cir. 2002).

<u>Blas v. Imperial Suites, Inc d/b/a Imperial Suites Hotel, et al.</u>, CV03-00027
**Plaintiff's Non-Opposition to Defendant Bong Robato's Motion to Dismiss.**
**State Law Claims Should be Dismissed Without Prejudice**
**November 6, 2003**

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon F. Randall Cunliffe, Esq. of the Law Offices of Cunliffe & Cook, and to Thomas C. Sterling, Esq. of Klemm Blair Sterling & Johnson, PC, a true and correct copy of this document on or before November 6, 2003.

GORMAN & GAVRAS

Date: November 6, 2003    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS

2