KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **THOMAS C. STERLING**

Attorneys for *Defendant Imperial Suites, Inc.*

FILED
DISTRICT COURT OF GUAM
NOV 26 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. CV03-00027 |
| Plaintiff, | |
| vs. | **ANSWER OF DEFENDANT IMPERIAL SUITES, INC.** |
| IMPERIAL SUITES, INC., d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | |
| Defendants. | |

**COMES NOW** Defendant **IMPERIAL SUITES, INC.** (hereinafter "Defendant") and in answer to the Complaint herein admits, denies and alleges as follows:

**COUNT I**

1. In response to paragraph 1, Defendant admits only that this action arises under the Constitution and laws of the United States and alleges a violation of the Plaintiff's rights under Title VII of the Civil Rights Act of 1964 as amended. Defendant denies generally and specifically each and every other allegation contained in said paragraph.

**ORIGINAL**

2. Defendant admits the allegations contained in paragraphs 2, 3, 5, and 6.

3. In response to paragraph 4, Defendant admits only that Bong Robato was the President of Imperial Suites with full supervisory authority over the day to day operations of the company. Defendant denies generally and specifically each and every other allegation contained therein.

4. In response to paragraph 12, Defendant admits that employees were not subjected to harassment, but Defendant denies generally and specifically each and every other allegation contained therein.

5. In response to paragraph 13, Defendant admits that the Plaintiff did not encourage, welcome or consent to sexual harassment, but Defendant denies generally and specifically each and every other allegation contained therein.

6. Defendant lacks sufficient information and belief to formulate a response to paragraph 7 and, basing its denial thereon, denies generally and specifically each and every allegation contained therein.

7. Defendant denies generally and specifically each and every allegation contained in paragraphs 8, 14, 15, 16, 17, 18, 19, 20, 21, and 22.

//

//

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Case 1:03-cv-00027   Document 18   Filed 11/26/2003   Page 2 of 4

## COUNT II

8. In response to paragraph 23, Defendant realleges and incorporates herein by this reference its responses to paragraphs 1 through 22, inclusive.

9. Defendant denies generally and specifically each and every allegation contained in paragraphs 24 and 25.

## COUNT III

10. In response to paragraph 26, Defendant realleges and incorporates herein by this reference its responses to paragraphs 1 through 22, inclusive.

11. Defendant denies generally and specifically each and every allegation contained in the paragraphs of Count III denominated 24, 25 and 26 of Count III.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim or claims upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

This Court lacks jurisdiction over this action inasmuch as Imperial Suites, Inc. is not an employer under the Civil Rights Act.

**WHEREFORE**, Defendant **IMPERIAL SUITES, INC.** prays judgment as follows:

1. That Plaintiff take nothing by her Complaint;
2. For costs of suit incurred herein; and

//

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

3. For such other and further relief as the Court may deem just and proper.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: NOVEMBER 25, 2003

BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Imperial Suites, Inc.*

```
E62\09823-232
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\CKI\PLD\832
-ANSWER RE BLAS V IMPERIAL SUITES ET AL.DOC
```

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Case 1:03-cv-00027    Document 18    Filed 11/26/2003    Page 4 of 4