William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
LA-RESA BLAS

FILED
DISTRICT COURT OF GUAM
OCT 22 2004
MARY L. M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

LA-RESA BLAS,

    Plaintiff,

vs.

IMPERIAL SUITES, INC,
d/b/a IMPERIAL SUITES HOTEL,

    Defendant.
_____/

CIVIL CASE NO. 03-00027

MEMORANDUM TO COURT

Comes Now Plaintiff and states that after consultation with Defendant's attorney the parties affirmatively state to this Court that they seek and amended discovery plan and scheduling order for the purpose of allowing Defendant to provide Plaintiff with needed discovery. Defendant is a defunct corporation which makes it difficult for defense counsel to provide requested discovery. Defendant is being defended by virtue of a policy of insurance.

    Respectfully Submitted this 22 day of October, 2004.

LAW OFFICES OF GORMAN & GAVRAS

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to the Law Office of Klemm, Blair, Sterling & Johnson, this 22nd day of October, 2004.

LAW OFFICES OF GORMAN & GAVRAS

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS