William L. Gavras, Esq.
**LAW OFFICES OF GORMAN & GAVRAS**
**A Professional Corporation**
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff**
**LA-RESA BLAS**

FILED
DISTRICT COURT OF GUAM

OCT 25 2004

MARY L. M. MORAN
CLERK OF COURT

20

## IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. 03-00027 |
| Plaintiff, | FINAL ~~THIRD~~ AMENDED SCHEDULING ORDER |
| vs. | |
| IMPERIAL SUITES, INC, d/b/a IMPERIAL SUITES HOTEL, | |
| Defendant. | |
| _____/ | |

### THIRD AMENDED SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Proposed Third Amended Scheduling Order:

1.    The nature of the case is as follows:

      Title VII Employment, Sexual Battery and/or Assault.

2.    The posture of the case is as follows:

      a)    The following motions are on file (pending):

            None.

      b)    The following formal discovery has been initiated:

Discovery has been conducted.

3.    All Motions to add parties and claims shall be filed on or before:

No parties or claims shall be added.

4.    All Motions to amend pleadings shall be filed on or before:

February 7, 2005.

5.    Status of Discovery:

The Discovery Plan (filed concurrently herewith) is adopted and

incorporated as part of this Proposed Second Amended Scheduling Order.

~~6.    The parties shall appear before the District Court on _____ at _____~~

~~for the Scheduling Conference.~~

7.    The discovery cut-off date (defined as the last day to file responses to

discovery) is:  January 17, 2005.

8.    a)    The anticipated discovery motions are:

None at this time.

b)    All discovery motions shall be filed on or before January 31, 2005.

These motions will be heard on or before February 18, 2005.

c)    All dispositive motions shall be filed on or before March 7, 2005

and heard on or before March 25, 2005.

2

9. The prospects for settlement are:

Unknown at this time.

10. The Preliminary Pretrial Conference shall be held on _March 22, 2005 my_
at _10:00_ _A._m. (no later than 21 days to trial date).

11. The parties' pretrial materials, discovery materials, witness lists,
designations and exhibit lists shall be filed on or before April 25, 2005 (no later than 14
days prior to Trial).

12. The Proposed Pretrial Order shall be filed on or before April 25, 2005 (no
later than 14 days prior to Trial).

13. The Final Pretrial Conference shall be held on _April 5, 2005 my_
at _10:00_ _A._m. (no later than 7 days prior to Trial).

14. The Trial shall be held on _my April 12, 2005_ at _9:00 a._m.

15. The Plaintiff seeks a jury trial.

16. It is anticipated that it will take two to three (2-3) days to try this case.

17. The names of counsel on this case are:

William L. Gavras, Esq. for Plaintiff La-Resa Blas

Jehan'Ad G. Martinez, Esq. for Imperial Suites, Inc. dba
Imperial Suites Hotel

18. The Parties are amenable to submitting this case to a settlement

3

conference.

19.     The parties present the following suggestions for shortening trial:

        None at this time.

20.     The following issues will affect the status or management of the case:

        Unknown at this time

Dated: October 22, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**APPROVED AS TO FORM AND CONTENT:**

LAW OFFICES OF GORMAN & GAVRAS

Date: October 8, 2004.          BY:

WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS

KLEMM, BLAIR, STERLING & JOHNSON

Date: October 12, 2004.          BY: _____

JEHAN'AD G. MARTINEZ, ESQ.
Attorneys for Defendant
IMPERIAL SUITES, INC, dba IMPERIAL
SUITES HOTEL

**RECEIVED**

OCT 12 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM

4