William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff**
**LA-RESA BLAS**

DISTRICT COURT FILED OF GUAM
OCT 12 2004
MARY L. M. MORAN
CLERK OF COURT

FILED
DISTRICT COURT OF GUAM
OCT 25 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

LA-RESA BLAS,

   Plaintiff,

vs.

IMPERIAL SUITES, INC,
d/b/a IMPERIAL SUITES HOTEL,

   Defendant.
_____/

CIVIL CASE NO. 03-00027

THIRD AMENDED
DISCOVERY PLAN

## AMENDED DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rule 16.2, the parties agree to and hereby submit the following plan:

  A. Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff date. Some of the parties may call expert witnesses in this case.

  B. Unless additional discovery is ordered by the Court, the parties also may propound one set each of interrogatories (25 maximum) and requests for admissions (25 maximum). Requests for production may also be propounded. This discovery shall be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.



LaResa Blas v. Imperial Suites, Inc, dba Imperial Suites Hotel,
Civil Case No. 03-00027
Third Amended Discovery Plan
October 8, 2004

      C.      The parties, except as otherwise noted, agree to provide all prediscovery and preliminary discovery mandated by Local Rules and FRCP Rule 26 by October 27, 2004. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

      D.      All parties will exchange names and reports (if any) of expert witnesses on or before November 29, 2004.

      E.      The specific subjects on which discovery may be needed are:

      Facts supporting the nature of the claims and defenses.

      F.      Other than the provisos set forth above in Item B, the parties do not anticipate requiring any other changes or limitations on discovery as imposed under the Federal and Local Rules.

      G.      The Cutoff date for discovery is January 17, 2005.

APPROVED AS TO FORM AND CONTENT:

LAW OFFICES OF GORMAN & GAVRAS

Date: October 8, 2004.    BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS

KLEMM, BLAIR, STERLING & JOHNSON

Date: October 12, 2004.    BY: _____
JEHAN'AD G. MARTINEZ, ESQ.
Attorneys for Defendant
IMPERIAL SUITES, INC, dba IMPERIAL SUITES HOTEL

RECEIVED
OCT 12 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2