FILED
DISTRICT COURT OF GUAM
MAR 22 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**CASE NO. CV-03-00027**   **DATE:** 03/22/2005   **TIME:** 10:13 a.m.

**CAPTION:** LA-RESA BLAS - vs - IMPERIAL SUITES, INC., ETC., ET AL

***

**HON. JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge, Presiding**
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: (10:13:03 - 10:21:32)

**Law Clerk:** Judith Hattori
**Courtroom Deputy:** Leilani Toves Hernandez
**CSO:** B. Benavente

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):** WILLIAM GAVRAS

**COUNSEL FOR DEFENDANT(s):** JEHAN'AD MARTINEZ

***

**PROCEEDINGS:  PRELIMINARY PRETRIAL CONFERENCE**

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT

( ) MOTION(s) ____Granted ____Denied ____Settled ____Withdrawn ____Under Advisement

( ) ORDER SUBMITTED ____Approved ____Disapproved

( ) ORDER to be Prepared By:_____

( X ) PROCEEDINGS CONTINUED TO: **March 23, 2005 at 1:00 p.m.**

**NOTES:**

Mr. Gavras requested for additional time for discovery and continuance of trial date. He also informed the Court that Mr. Martinez had no objections for further discovery and continuance.

The Court stated that the basis for the continuance must be in compliance with Local Rule 16.5.

Mr. Gavras informed that he will file his motion for continuance by tomorrow morning. The Court continued the matter to March 23, 2005 at 1:00 p.m.

COURTROOM DEPUTY: _____   END TIME: _____
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-03-00027.wpd