DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
MAR 23 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00027**    **DATE:** 03/23/2005    **TIME:** 1:09 p.m.

**CAPTION:** LA-RESA BLAS - vs - IMPERIAL SUITES, INC., ETC., ET AL

***

**HON. JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge, Presiding**
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: (1:09:18 - 1:17:06)

**Law Clerk:** Judith Hatton
**Courtroom Deputy:** Virginia T. Kilgore
**CSO:** B. Benavente

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
WILLIAM GAVRAS

**COUNSEL FOR DEFENDANT(s):**
JEHAN'AD MARTINEZ

***

**PROCEEDINGS:**
- CONTINUED PRELIMINARY PRETRIAL CONFERENCE
- MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

(X) MOTION(s)    _X_ Granted    ___ Denied    ___ Settled    ___ Withdrawn    ___ Under Advisement

( ) ORDER SUBMITTED    ___ Approved    ___ Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____

**NOTES:**

The Court and the parties discussed the dates submitted in the motion. The Court granted the motion and scheduled trial for August 31, 2005 at 9:00 a.m. The Court will insert the necessary dates in the proposed scheduling order to be submitted by plaintiff.

COURTROOM DEPUTY: _____    END TIME: 1:17 pm
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-03-00027.wpd