William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
LA-RESA BLAS

**FILED**
DISTRICT COURT OF GUAM
MAR 29 2005
MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. 03-00027 |
| Plaintiff, | |
| vs. | SCHEDULING ORDER |
| IMPERIAL SUITES, INC, d/b/a IMPERIAL SUITES HOTEL, | |
| Defendant. | |

## SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

    Title VII Employment, Sexual Battery and/or Assault.

2. The posture of the case is as follows:

    a) The following motions are on file (pending):

    None.

    b) The following formal discovery has been initiated:

Discovery has been conducted.

3. All Motions to add parties and claims shall be filed on or before:

   No parties or claims shall be added.

4. No Motions to amend pleadings shall be filed.

5. ~~The parties shall appear before the District Court on Mar. 23, 2005 at ___ for the Scheduling Conference.~~ [Jun 23]

6. The discovery cut-off date (defined as the last day to file responses to discovery) is: May 27, 2005.

7. a) The anticipated discovery motions are:

   None.

   b) All discovery motions shall be filed on or before May ~~30~~ 31, 2005 [July]. These motions will be heard on or before June 23, 2005 at 10:00 am

   The remaining discovery which needs to be conducted on the following dates and times if not before:

   A. Additional request for production propounded by plaintiff no later than March 28, 2005.

   B. Deposition of Records Keeper of Defendant – May 5, 2005, 10:00 a.m.; Law Offices of Gorman & Gavras.

La-Resa Blas v. Imperial Suites, Inc, dba Imperial Suites Hotel,
Civil Case No. 03-00027
Scheduling Order
March 2005.

      C. Deposition of Bong Robato – May 11, 2005, 10:00 a.m.; Law Offices of Gorman & Gavras or any location within Guam requested by Bong Robato due to his illness.

      D. Deposition of various Government Guam agencies – May 27, 2005; 10:00 a.m.; Law office of Gorman & Gavras.

      E. Deposition of Plaintiff – May 27, 2005, following deposition of various Government Guam agencies.

      F. The parties further agree that any answers received in the discovery process may result in additional discovery, however, no discovery is to be conducted after May 27, 2005.

      c) No dispositive motions will be filed.

8. The prospects for settlement are slim.

9. The Preliminary Pretrial Conference shall be held on _August 10, 2005_ at _2:00_ p.m. (no later than 21 days to trial date).

10. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before _August 17, 2005_ (no later than 14 days prior to Trial).

11. The Proposed Pretrial Order shall be filed on or before _August 17, 2005_ (no later than 14 days prior to Trial).

La-Resa Blas v. Imperial Suites, Inc. dba Imperial Suites Hotel,
Civil Case No. 03-00027
Scheduling Order
March 2005.

12. The Final Pretrial Conference shall be held on ___August 24, 2005___ at __10:00__ _a_.m. (no later than 7 days prior to Trial).

13. The Trial shall be held on ___August 31, 2005___ at _9:00_ _a_.m.

14. The Plaintiff seeks a jury trial.

15. It is anticipated that it will take two to three (2-3) days to try this case.

16. The names of counsel on this case are:

    William L. Gavras, Esq. for Plaintiff La-Resa Blas

    Jehan'Ad G. Martinez, Esq. for Imperial Suites, Inc. dba Imperial Suites Hotel



RECEIVED
MAR 2 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

17. The Parties are amenable to submitting this case to a settlement conference.

18. The parties present the following suggestions for shortening trial:

    None at this time.

19. The following issues will affect the status or management of the case:

    Unknown at this time

Dated: __3/29/2005__  

HONORABLE JOAQUIN V.E. MANIBUSAN
Magistrate Judge, U.S District Court of Guam