William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
LA-RESA BLAS



**FILED**
DISTRICT COURT OF GUAM

MAY 23 2005

MARY L.M. MORAN
CLERK OF COURT



## IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. 03-00027 |
| Plaintiff, | |
| vs. | |
| IMPERIAL SUITES, INC, d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | NOTICE OF DEPOSITION |
| Defendants. | |

TO: DEFENDANTS AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on May 31, 2005, at 10:00 .m., at the Law Office of Quasha Ancheta Pena & Nolasco, Don Pablo Bldg., 114 Amorsolo Street, Makati, Metro Manila, Philippines, Plaintiff in the above-entitled action will take the deposition of Defendant BONG ROBATO at the address above written, upon oral examination pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths, and said Defendant is to bring the following to his deposition:

1. Bong Robato's passport(s) for the last four (4) years; and

2. All documents evidencing or referring to Bong Robato's travels for the last four (4) years.

The oral examination(s) will continue from day to day until completed.

LAW OFFICES OF GORMAN & GAVRAS

Date: May 23, 2005.

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS