William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
LA-RESA BLAS



FILED
DISTRICT COURT OF GUAM
MAY 24 2005
MARY L.M. MORAN
CLERK OF COURT



## IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. 03-00027 |
| Plaintiff, | |
| vs. | |
| IMPERIAL SUITES, INC, d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | STIPULATION FOR DEPOSITION ABROAD |
| Defendants. | |

COME NOW the parties, by and through their respective counsel and hereby stipulate a request to this Honorable Court to confirm Plaintiff's taking the deposition of Defendant BONG ROBATO, on May 31, 2005, at 10:00 a.m., at the Law Office of Quasha Ancheta Pena & Nolasco, Don Pablo Bldg., 114 Amorsolo Street, Makati, Metro Manila, Philippines, before a Notary Public authorized to administer oaths; and recognized by the U. S. Consulate in Manila, Republic of the Philippines.

IT IS HEREBY STIPULATED that the said deposition of Defendant BONG ROBATO can be utilized in the same manner and for the same purposes as if it had been duly held in the Territory of Guam.

ORIGINAL

Blas v. Imperial Suites, et. al., Civil Case No. CV03-00027
Stipulation For Deposition Abroad
Page 2

**SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: May 23, 2005.          By: _____
                              WILLIAM L. GAVRAS, ESQ.
                              Attorneys for Plaintiff
                              LA-RESA BLAS


KLEMM, BLAIR, STERLING & JOHNSON

Date: May 24, 2005.          By: _____
                              JEHAN'AD G. MARTINEZ, ESQ.
                              Attorneys for Defendants
                              IMPERIAL SUITES, INC. dba IMPERIAL
                              SUITES HOTEL and BONG ROBATO