William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
LA-RESA BLAS

**FILED**
DISTRICT COURT OF GUAM
JUL - 6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. 03-00027 |
| Plaintiff, | |
| vs. | |
| IMPERIAL SUITES, INC, d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | NOTICE OF DEPOSITION |
| Defendants. | |

TO: Department of Revenue and Taxation

PLEASE TAKE NOTICE that on July 14, 2005, at 2:00 p.m. at the Law Offices of Gorman & Gavras, 2nd Floor, J&R Bldg., 208 Route 4, Hagatna, Guam, Plaintiff in the above-entitled action will take the deposition of DEPARTMENT OF REVENUE AND TAXATION at the address above written, upon oral examination pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths, and said Defendant is to bring the following to his deposition:

1. All records and/or data which would show or indicate the number and/or names of all employees who worked for Defendant Imperial Suites, Inc. d/b/a Imperial Suites Hotel for the past five (5) years; and

2. All records and/or data which would show or indicate the time periods during which the employees worked and/or were employed.

The oral examination(s) will continue from day to day until completed.

Date: July 6, 2005.

LAW OFFICES OF GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon Jehan'ad G. Martinez, Esq. of Klemm Blair Sterling & Johnson, PC, a true and correct copy of this document on or before July 7, 2005.

Date: July 6, 2005.

LAW OFFICES OF GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS