KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD. G. MARTINEZ

Attorneys for Defendant Imperial Suites, Inc.
dba Imperial Suites Hotel



FILED
DISTRICT COURT OF GUAM

AUG - 9 2005 9P

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. CV03-00027 |
| Plaintiff, | |
| vs. | RULE 16.5 MOTION FOR EXTENSIONS IN SCHEDULING ORDER AND VACATION OF EXISTING TRIAL DATE [NO ORAL ARGUMENT REQUESTED] |
| IMPERIAL SUITES, INC., d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | |
| Defendants. | |

**COMES NOW** Defendant **IMPERIAL SUITES, INC.** dba **IMPERIAL SUITES HOTEL** (hereinafter "Imperial Suites") and pursuant to Local Rule 16.5 submits the instant Motion to extend the deadline and the Scheduling Order and to vacate the August 31, 2005 trial date in this matter.

### INTRODUCTION[1]

This matter arises out of an allegation that Plaintiff was sexually harassed, in contravention of Title VII of the Civil Rights Act of 1964, by Imperial Suites' Chief Executive Officer, Bong Yao Robato ("Mr. Robato").

---
[1] All facts contained herein are supported by the contemporaneously filed Affidavit of Jehan'Ad G. Martinez.

ORIGINAL

Since the alleged incident, Imperial Suites has ceased operations as a going concern, terminated employment relationships with all those it had previously employed. Additionally, the General Manager and Custodian of Records for the corporation recently passed away of cancer, and the alleged assailant, Mr. Robato, now permanently resides in the Philippines, where he is suffering from effects of a stroke, similar to those associated with Alzheimer's disease.

Because Mr. Robato resides in the Republic of the Philippine Islands, Plaintiff's counsel and Imperial Suites' counsel traveled to Manila to conduct his deposition on May 31, 2005.[2] Since that time, counsel is informed that only a draft of the transcripts have been produced, which draft has not yet been provided to Imperial Suites' counsel. A finalized version of the deposition transcript, along with its exhibits, has not yet been compiled by the court reporter retained in Manila for the transcription services.

Because of Mr. Robato's involvement in this matter, the fact that he is laboring under physical and mental infirmity, and that he resides beyond 100 miles from the District of Guam, it was Imperial Suites' intent to seek permission to use Mr. Robato's deposition transcript in lieu of live testimony at trial pursuant

---

[2] Plaintiff's counsel noticed the foreign deposition with a stipulation for Imperial Suites.

- 2 -

Case 1:03-cv-00027  Document 34  Filed 08/09/2005  Page 2 of 3

to Rule of Civil Procedure 32(a)(3). However, as of the filing of this application, no such deposition transcript has been made available to Defendants and therefore no application for its use at trial has been submitted. Imperial Suites has no other witnesses to the incident to testify in support of its defense.

Trial is now fast upon us, and the preliminary pretrial conference is less than 24 hours away from the filing of this Motion.

## CONCLUSION

As a consequence of the aforementioned facts, Imperial Suites respectfully requests that the trial date of August 31, 2005 be vacated and that a new schedule be issued to allow the parties to get the finalized transcript of Mr. Robato's May 31, 2005 deposition.

This is Imperial Suites' first request for an extension of the Scheduling Order. Additionally, Plaintiff's counsel has no objection to Imperial Suites' Motion.

**RESPECTFULLY SUBMITTED** this 9th day of August, 2005.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Defendant Imperial Suites, Inc. dba Imperial Suites Hotel*

A62\09823-232
G:\WORD97\OFFICE\WORDDOC\CKI\PLD\1093-RULE 16.5 MTN TO RESCHEDULE TRIAL RE BLAS V IMPERIAL SUITES ET AL.DOC