KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **JEHAN'AD. G. MARTINEZ**

Attorneys for *Defendant Imperial Suites, Inc.*
*dba Imperial Suites Hotel*

FILED
DISTRICT COURT OF GUAM

AUG - 9 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. CV03-00027 |
| Plaintiff, | |
| vs. | |
| IMPERIAL SUITES, INC., d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, JEHAN'AD G. MARTINEZ, hereby certify that true copies of the **RULE 16.5 MOTION FOR EXTENSIONS IN SCHEDULING ORDER AND VACATION OF EXISTING TRIAL DATE [NO ORAL ARGUMENT REQUESTED]; AFFIDAVIT OF JEHAN'AD G. MARTINEZ IN SUPPORT OF RULE 16.5 MOTION FOR EXTENSIONS IN SCHEDULING ORDER AND VACATION OF EXISTING TRIAL DATE;** and **SCHEDULING ORDER** will be served on August 9, 2008 to the counsel of record for Plaintiff in this matter as follows:

        William L. Gavras, Esq.
   LAW OFFICES OF GORMAN & GAVRAS
     A Professional Corporation
    2nd Floor, J & R Building
        208 Route 4
     Hagåtña, Guam 96910

Dated this 9th day of August, 2005.

                                              JEHAN'AD G. MARTINEZ