DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00027**         **DATE: August 10, 2005**

**CAPTION: LA-RESA BLAS - vs - IMPERIAL SUITES, INC., ETC., ET AL.**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    **Law Clerk:** Judith Hattori
Courtroom Deputy & Court Recorder: Leilani Toves Hernandez    CSO: Lydia Ogo
Hearing Electronically Recorded: 2:06:52 - 2:20:29

*********************************** **A P P E A R A N C E S** ***********************************

**COUNSEL FOR PLAINTIFF(s):**                **COUNSEL FOR DEFENDANT(s):**

WILLIAM GAVRAS                            JEHAN'AD MARTINEZ

***

**PROCEEDINGS:        PRELIMINARY PRETRIAL CONFERENCE**

(  ) MOTION (S) ARGUED BY    (  ) PLAINTIFF    (  ) DEFENDANT

(  ) MOTION(s)  ____Granted  ____Denied  ____Settled  ____Withdrawn  ____Under Advisement

(  ) ORDER SUBMITTED  ____Approved  ____Disapproved

(  ) ORDER to be Prepared By:_____

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

**The Court informed parties that it has received Defendant's Motion for Extension and will forward it to Judge Otero for disposition. Defense further explained the reasons for the recent motion.**

**The Court reviewed the deadlines currently set and advised parties to comply with the dates until notified otherwise by the Court.**

Courtroom Deputy: