KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD. G. MARTINEZ

Attorneys for *Defendant Imperial Suites, Inc.*

FILED
DISTRICT COURT OF GUAM
AUG 17 2005 ᵖ
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LA-RESA BLAS, ) | CIVIL CASE NO. CV03-00027 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| IMPERIAL SUITES, INC., d/b/a ) | **DEFENDANT'S WITNESS LIST** |
| IMPERIAL SUITES HOTEL and BONG ) | |
| ROBATO, ) | |
| ) | |
| Defendants. ) | |

**COMES NOW** Defendant **IMPERIAL SUITES, INC.** (hereinafter "Imperial") and herein reserves the right to call the following witnesses for live testimony at trial in the instant captioned case:

1. Bong Robato;

2. Frank Miyake; and

3. Guam Radiology Consultants, Custodian of Records.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: AUGUST 17, 2005   BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Defendant Imperial Suites, Inc.*

A62\09823-232
G:\WORD97\OFFICE\WORDDOC\CKI\PLD\1098-WITNESS
LIST RE BLAS V IMPERIAL SUITES ET AL.DOC

ORIGINAL