KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD. G. MARTINEZ

Attorneys for *Defendant Imperial Suites, Inc.*

FILED
DISTRICT COURT OF GUAM
AUG 17 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. CV03-00027 |
| Plaintiff, | |
| vs. | |
| IMPERIAL SUITES, INC., d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | **DEFENDANT'S EXHIBIT LIST** |
| Defendants. | |

**COMES NOW** Defendant **IMPERIAL SUITES, INC.** (hereinafter "Imperial Suites") and reserves the right to present the following document and things at trial in the instant captioned case:

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| A | 04/26/02 Charge of Discrimination signed by La-Resa Blas. | | |
| B | 05/20/02 Declaration of Frank Miyake | | |
| C | 06/03/02 Guam Radiology Consultants Stat Examination signed by Nathaniel B. Berg, M.D. | | |
| D | Incident Report | | |

Imperial further reserves the right to utilize impeachment materials where appropriate.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: AUGUST 17, 2005      BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Defendant Imperial Suites, Inc.*

A62\09823-232
G:\WORD97\OFFICE\WORDDOC\CKI\PLD\1098-EXHIBIT LIST RE BLAS V IMPERIAL SUITES ET AL.DOC

ORIGINAL