KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **JEHAN'AD. G. MARTINEZ**

Attorneys for *Defendant Imperial Suites, Inc.*

**FILED**
DISTRICT COURT OF GUAM

AUG 18 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LA-RESA BLAS,<br><br>        Plaintiff,<br><br>vs.<br><br>IMPERIAL SUITES, INC., d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO,<br><br>        Defendants. | CIVIL CASE NO. CV03-00027<br><br>**NOTICE OF DEPOSITION** |

**TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Defendants will take the deposition upon oral examination of Plaintiff **MELISSA BLAS** pursuant to Rule 30 of the Federal Rules of Civil Procedure on August 24, 2005, at the hour of 8:30 o'clock a.m., at the law offices of Klemm, Blair, Sterling & Johnson, A Professional Corporation, Suite 1008 Pacific News Building, 238 Archbishop F.C. Flores Street, Hagåtña, Guam.

    Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: AUGUST 18, 2005     BY: _____
                                                JEHAN'AD G. MARTINEZ
                                                *Attorneys for Defendant Imperial Suites, Inc.*