William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
LA-RESA BLAS



FILED
DISTRICT COURT OF GUAM

AUG 18 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. 03-00027 |
| Plaintiff, | |
| vs. | |
| IMPERIAL SUITES, INC, d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | PLAINTIFF's WITNESS LIST |
| Defendants. | |

## WITNESS LIST

COMES NOW, Plaintiff La RESA BLAS, by and through her attorneys of record, and respectfully submits her Witness List as follows:

1. La Resa Blas
2. Roderick Cabrera
3. Ruth Blas
4. Manuel Blas
5. Nelson Baldonado
6. Dr. Pamina Hofer

7. Custodian of Records for Department of Mental Health

8. Custodian of Records of Guam Police Department

9. Mailene Pangelinan

10. Arnel V. Arenas

11. Guam Police Officer

12. Custodian of Records of Guam Department of Revenue & Taxation

13. Bong Robato

Plaintiff reserves the right to call any witness contained in the Defendant's Witness List. Plaintiff further reserves the right to call rebuttal witnesses not contained on this Witness List.

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon KLEMM, BLAIR, STERLING & JOHNSON, a true and correct copy of this document on or before August 18, 2005.

Respectfully submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: August 18, 2005.

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS