William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
LA-RESA BLAS



FILED
DISTRICT COURT OF GUAM
AUG 1 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. 03-00027 |
| Plaintiff, | |
| vs. | PLAINTIFF's EXHIBIT LIST |
| IMPERIAL SUITES, INC, d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | |
| Defendants. | |

## EXHIBIT LIST

COMES NOW, Plaintiff La RESA BLAS, by and through her attorneys of record, and respectfully submits her Exhibit List as follows:

Exhibit A.  Wage and employment records of Defendant filed at Revenue & Taxation for 1999;

Exhibit B  Wage and employment records of Defendant filed at Revenue & Taxation for 2000;

Exhibit C  Wage and employment records of Defendant filed at Revenue & Taxation for 2001;

Exhibit D  Wage and employment records of Defendant filed at Revenue & Taxation for 2002;

ORIGINAL

| | |
|---|---|
| Exhibit E | Deposition Transcript of Bong Robato |
| Exhibit F | GPD Incident Report |
| Exhibit G | Medical records from Dr. Pamina Hofer |
| Exhibit H | Billing records from Dr. Pamina Hofer |
| Exhibit I | Medical records from Department of Mental Health |
| Exhibit J | Imperial Suites Hotel Employee Handbook |

### CERTIFICATE OF SERVICE

I certify that I will cause to be served upon KLEMM, BLAIR, STERLING & JOHNSON, a true and correct copy of this document on or before August 18, 2005.

Respectfully submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: August 18, 2005.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
LA-RESA BLAS