KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **JEHAN'AD. G. MARTINEZ**

Attorneys for *Defendant Imperial Suites, Inc.*



FILED
DISTRICT COURT OF GUAM
AUG 19 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. CV03-00027 |
| Plaintiff, | |
| vs. | **AMENDED NOTICE OF DEPOSITION** |
| IMPERIAL SUITES, INC., d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | |
| Defendants. | |

**TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants will take the deposition upon oral examination of Plaintiff **LA-RESA BLAS** pursuant to Rule 30 of the Federal Rules of Civil Procedure on August 24, 2005, at the hour of 8:30 o'clock a.m., at the law offices of Klemm, Blair, Sterling & Johnson, A Professional Corporation, Suite 1008 Pacific News Building, 238 Archbishop F.C. Flores Street, Hagåtña, Guam.

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: AUGUST 18, 2005

BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Defendant Imperial Suites, Inc.*

A62\09823-232
G:\WORD97\OFFICE\WORDDOC\CKI\PLD\2000-AMENDED NTC OF
DEPO-LA-RESA BLAS BY BLAS VS IMPERIAL SUITES ET AL.DOC

Case 1:03-cv-00027   Document 43   Filed 08/19/2005   Page 1 of 1

ORIGINAL