KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD. G. MARTINEZ

Attorneys for *Defendant Imperial Suites, Inc. d/b/a Imperial Suites Hotel*

FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LA-RESA BLAS, | CIVIL CASE NO. CV03-00027 |
| Plaintiff, | |
| vs. | STIPULATION ~~AND ORDER~~ FOR DISMISSAL WITH PREJUDICE |
| IMPERIAL SUITES, INC., d/b/a IMPERIAL SUITES HOTEL and BONG ROBATO, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the instant action be dismissed, in its entirety, with prejudice. The parties shall bear their own attorneys' fees and costs.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Defendant Imperial Suites, Inc. d/b/a Imperial Suites Hotel*

DATED: AUGUST 24, 2005

LAW OFFICES OF GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS
*Attorneys for Plaintiff La-Resa Blas*

DATED: AUGUST 24, 2005

~~ORDER~~

~~SO ORDERED this~~ _____.

_____
HONORABLE S. JAMES OTERO
~~DISTRICT COURT JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM~~