UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| LA-RESA BLAS,<br><br>        Plaintiff,<br><br>        vs.<br><br>IMPERIAL SUITES, INC., d/b/a<br>IMPERIAL SUITES HOTEL and BONG<br>ROBATO,<br><br>        Defendants. | CIVIL CASE NO. 03-00027<br><br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Stipulation for Dismissal With Prejudice filed August 24, 2005.

Dated this 25th day of August, 2005, Hagatna, Guam.

/s/ Mary L.M. Moran
Clerk of Court