# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| La-Resa Blas,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Imperial Suites, Inc., et al.,<br><br>　　　　　Defendants. | Case No. 1:03-cv-00027<br><br><br><br>**NOTICE OF ENTRY** |

　　**NOTICE IS HERBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

### *Judgment filed on August 25, 2005*

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov

**Date:** August 25, 2005　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Mary L.M. Moran**