# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| La-Resa Blas, | Case No. 1:03-cv-00027 |
| Plaintiff, | |
| vs. | |
| Imperial Suites, Inc., et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and Notice of Entry filed on August 25, 2005* on the dates indicated below:

*Gorman and Gavras*  *Klemm, Blair, Sterling and Johnson*
*8/25/2005*  *8/25/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and Notice of Entry filed on August 25, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 26, 2005      /s/ Shirlene A. Ishizu
            Deputy Clerk