**JEHAN'AD G. MARTINEZ**
**BLAIR STERLING JOHNSON**
**MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Imperial Suites, Inc.*
*d/b/a Imperial Suites Hotel*



FILED
DISTRICT COURT OF GUAM

OCT 19 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LA-RESA BLAS, ) | CIVIL CASE NO. CV03-00027 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **SATISFACTION OF JUDGMENT** |
| IMPERIAL SUITES, INC. d/b/a ) | |
| IMPERIAL SUITES HOTEL and ) | |
| BONG ROBATO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TO THE CLERK OF THE DISTRICT COURT OF GUAM:**

**PLEASE TAKE NOTICE** that the Judgment entered herein on August 25, 2005, in favor of Plaintiff **LA-RESA BLAS** and against Defendants **IMPERIAL SUITES, INC. dba IMPERIAL SUITES HOTEL** has been fully paid and satisfied.

**DATED** this ___ day of October, 2006.

**LAW OFFICES OF GORMAN & GAVRAS**

BY: _____
**WILLIAM L. GAVRAS**
*Attorneys for Plaintiff La-Resa Blas*

A62\09823-232
G:\WORDDOC\CKI\PLD\2097-SATISFACTION OF JGMT
RE BLAS V IMPERIAL SUITES.DOC

ORIGINAL